# Exhibit A





**NO REFUNDS–NO EXCHANGES**
**EVENT TIME SUBJECT TO CHANGE**

| MANUFACTURER'S COUPON | COUPON EXPIRES 3/30/12 |

## FREE Pepsi Max® 20 oz.
### when you buy any 20 oz. from Pepsi

MAX PRICE: $1.79

0012000-104777

5137500