# Exhibit C

| EVENT CODE | SECTION | ROW | SEAT | ADMISSION | EVENT CODE | |
|---|---|---|---|---|---|---|
| NUG130103 | 122 | 17 | 13 | Comp | NUG130103 | |
| PRICE 121.00 | | | | 121.00 | 11579581 | |
| SEC 122 | National Basketball Association | | | | SEC 122 | |
| | Denver Nuggets | | | | | |
| | vs. | | | | | |
| ROW 17  SEAT 13 | Minnesota Timberwolves | | | | ROW 17 | |
| | Pepsi Center | | | | 121.00 | |
| 12/24/12 | Thu. Jan. 3, 2013 7:00PM | | | | SEAT 13 | |

TICKET HORSE
TICKETHORSE.COM
303.53.HORSE

SUBJECT TO TERMS AND CONDITIONS ON THE REVERSE SIDE

