IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Philip A. Brimmer

Civil Action No.: 13-cv-2481-PAB-CBS

ROBERTO FUENTES, individually and on
behalf of all others similarly situated,

 Plaintiff,

vs.

KROENKE SPORTS &
ENTERTAINMENT, LLC, d/b/a
[sic] TICKETHORSE, LLC, WORLD
WRESTLING ENTERTAINMENT,
INC., and JOHN DOE DEFENDANTS,

 Defendants.

## DEFENDANT KROENKE SPORTS & ENTERTAINMENT, LLC'S CORPORATE DISCLOSURE STATEMENT

Defendant Kroenke Sports & Entertainment, LLC ("KSE"), by its attorneys and pursuant to FED. R. CIV. P. 7.1 and D.C.COLO.LCIVR 7.4, hereby submits its Corporate Disclosure Statement.

KSE is 100% owned by KMC Center, LLC. KSE further states that no publicly held entity owns ten percent or more of KSE's membership interests.

2

Dated: October 15, 2013.

Respectfully submitted,

*s/Kevin D. Evans*

By: _____
Kevin D. Evans
John T. Osgood
STEESE, EVANS & FRANKEL, P.C.
6400 S. Fiddlers Green Circle
Suite 1820
Denver, Colorado 80111
Telephone:   720.200.0676
Facsimile:    720.200.0679
Email: kdevans@s-elaw.com
         josgood@s-elaw.com

Attorneys for Defendant KROENKE SPORTS & ENTERTAINMENT, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of October, 2013, I caused the foregoing **DEFENDANT KROENKE SPORTS & ENTERTAINMENT, LLC'S CORPORATE DISCLOSURE STATEMENT** to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to the following attorneys of record:

Steven L. Woodrow
Megan L. Lindsey
EDELSON, LLC
999 West 18th Street
Suite 3000
Denver, CO 80202
Telephone: 303.357.4878
Facsimile: 303.446.9111
swoodrow@edelson.com
mlindsey@edelson.com

Craig R. May
Kenneth E. Stalzer
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Telephone: 303.244.1800
Facsimile: 303.244.1879
may@wtotrial.com
stalzer@wtotrial.com

*s/Leigha Wickham*
_____
Leigha Wickham