IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-2481-PAB-CBS

ROBERTO FUENTES, individually and on behalf of
all others similarly situated,

       Plaintiff,

v.

KROENKE SPORTS & ENTERTAINMENT, LLC,
a Delaware LLC, d/b/a TICKETHORSE, LLC, a CO LLC,
WORLD WRESTLING ENTERTAINMENT, INC.,
a DE Corp.,
and JOHN DOE DEFENDANTS,

       Defendants.

---

**WORLD WRESTLING ENTERTAINMENT, INC.'S
JOINDER IN MOTION TO STAY DISCOVERY**

---

Defendant World Wrestling Entertainment, Inc. ("WWE"), by and through its undersigned counsel, hereby joins in defendant Kroenke Sports and Entertainment, LLC's ("Kroenke") Opposed Combined Motion to Stay Discovery and Memorandum of Points and Authorities in Support thereof (Dckt. No. 23) ("Motion to Stay"), and incorporates by reference the arguments as if fully set forth herein. Kroenke's Motion to Stay requests that the Court stay all discovery (including class discovery) pending disposition of Kroenke's motion to dismiss and motion to deny class certification, each filed on October 25, 2013.

For the reasons set forth in Kroenke's Motion to Stay, and for the additional reason that Plaintiff's claims against WWE are without merit and fail to state a claim, WWE respectfully

requests that the Court stay discovery and order such other relief as the Court deems just and necessary.

Dated:  October 31, 2013

Respectfully submitted,

*s/ Craig R. May*

Craig R. May (#32267)
Kenneth E. Stalzer (#42896)
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO  80202-5647
303.244.1800
303.244.1879
may@wtotrial.com
stalzer@wtotrial.com

Jerry S. McDevitt
K&L Gates LLP
210 Sixth Avenue
Pittsburgh, PA  15222-2613
412.355.8608 (telephone)
412.355.6501 (facsimile)
jerry.mcdevitt@klgates.com

R. Bruce Allensworth
Ryan M. Tosi
K&L Gates LLP
One Lincoln Street
Boston, MA 02111
617.261.3100 (telephone)
617.261.3175 (facsimile)
bruce.allensworth@klgates.com
ryan.tosi@klgates.com

Attorneys for
World Wrestling Entertainment, Inc.

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on October 31, 2013, I electronically filed the foregoing **WORLD WRESTLING ENTERTAINMENT, INC.'S JOINDER IN MOTION TO STAY DISCOVERY** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

**Kevin D. Evans**
kdevans@s-elaw.com, lwickham@s-elaw.com, tdavidson@s-elaw.com

**John T. Osgood**
josgood@s-elaw.com, lwickham@s-elaw.com, tdavidson@s-elaw.com

**Steven Lezell Woodrow**
swoodrow@edelson.com, mlindsey@edelson.com, docket@edelson.com,
ppeluso@edelson.com

**Craig R. May**
may@wtotrial.com, prechodko@wtotrial.com

**Kenneth E. Stalzer**
stalzer@wtotrial.com, wallace@wtotrial.com

**Jerry S. McDevitt**
jerry.mcdevitt@klgates.com, eileen.wargo@klgates.com, rachael.sobolak@klgates.com

**Robert Bruce Allensworth**
bruce.allensworth@klgates.com

**Ryan M. Tosi**
ryan.tosi@klgates.com, klgateseservice@klgates.com

**IJay Palansky**
ipalansky@s-elaw.com

*s/ Kimberlee Prechodko*
Kimberlee Prechodko for Craig R. May