IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 13-cv-02481-PAB-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: December 4, 2013 | Courtroom Deputy: Courtni Covington |

| *Parties:* | *Counsel:* |
|---|---|
| ROBERTO FUENTES, | Steven L. Woodrow |
| | Megan Lindsey |
| Plaintiff, | |
| v. | |
| KROENKE SPORTS & ENTERTAINMENT, LLC, *et al.*, | John T. Osgood |
| | Kevin D. Evans |
| | Craig R. May |
| Defendants. | Jerry S. McDevitt |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING: STATUS CONFERENCE**
**Court in session:** 10:00 a.m.
Court calls case. Appearances of counsel.

This matter is before the court regarding **Defendant Kroenke Sports & Entertainment, LLC's Opposed Combined Motion to Stay Discovery and Memorandum of Points and Authorities in Support Thereof** [Doc. No. 23].

Counsel for Defendant Kroenke presents oral argument regarding their Motion and a stay of discovery. The court clarifies no discovery has yet been done.

Plaintiff's counsel presents oral argument and engages in discussion with the court. Discussion regarding what discovery would be needed by the Plaintiff and conducting discovery in a way that is proportionate to the needs of the case.

Further discussion between the court and the parties regarding a stay of discovery.

For the reasons stated on the record, it is

**ORDERED:** *Defendant Kroenke Sports & Entertainment, LLC's Opposed Combined Motion to Stay Discovery and Memorandum of Points and Authorities in*

*Support Thereof* [Doc. No. 23, filed 10/25/2013] is **DENIED** to the extent is seeks a stay of all discovery, including class discovery.

A Scheduling Conference is set for **January 16, 2014 at 10:00 a.m.** Counsel are to submit a proposed scheduling order **no later than 12:00 p.m. on January 14, 2014**. The court will require the parties to hold a Rule 26(f) conference before the proposed order is due.

The court clarifies that while denying the Motion to Stay Discovery, it is not precluding any party from their obligations under Rule 26(g) and failure to comply could result in a strict application of the Rule and an imposition of sanctions.

HEARING CONCLUDED.
**Court in recess**:    **10:51 a.m.**
Total time in court:    00:51

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.