IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action:   13-cv-02481-PAB-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date:             April 8, 2014 | Courtroom Deputy:    Courtni Covington |

| *Parties:* | *Counsel:* |
|---|---|
| ROBERTO FUENTES, | Megan L. Lindsey |
| Plaintiff, | |
| v. | |
| KROENKE SPORTS & | John T. Osgood |
| ENTERTAINMENT, LLC, | Kevin D. Evans |
| Defendant. | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   MOTION HEARING**
**Court in Session:      1:36 p.m.**
Court calls case. Appearances of counsel.

Argument and discussion held regarding **Defendant Kroenke Sports & Entertainment, LLC's Motion for Sanctions Pursuant to Rule 11** [Doc. No. 65] and **Defendant Kroenke Sports & Entertainment, LLC's Motion to Dismiss for Lack of Diversity/Subject Matter Jurisdiction In Light of the Dismissal of World Wrestling Entertainment, inc., and to Stay Discovery** [Doc. No. 57]. The court cites relevant case law.

Discussion between the court and counsel regarding jurisdictional discovery that has been completed thus far and what has been alleged in the Complaint against the John Doe Defendants.

Counsel for Plaintiff notes they will evaluate moving forward as to the John Doe Defendants after receiving the outstanding discovery.

Limited jurisdictional discovery shall continue and all other discovery shall remain stayed. Counsel have no objection.

The court advises that it will leave case as it currently stands.

HEARING CONCLUDED.        **Court in recess**:   **3:03 p.m.**        Total time in court:   01:27

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.